*Sarah Hanna*, assistant state's attorney, in opposition.

Decided April 13, 2011

STATE OF CONNECTICUT *v.* KETRIC BARNES

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 24 (AC 31348), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court acted within its discretion in denying the defendant's motion to dismiss for the state's failure to produce lost audio recordings of a sting operation?"

The Supreme Court docket number is SC 18774.

*Daniel J. Foster*, special public defender, in support of the petition.

*Melissa Patterson*, deputy assistant state's attorney, in opposition.

Decided April 13, 2011

KJC REAL ESTATE DEVELOPMENT, LLC *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WILTON

The plaintiff's petition for certification for appeal from the Appellate Court, 127 Conn. App. 16 (AC 31883), is denied.

*Robert A. Fuller*, in support of the petition.

*Patricia C. Sullivan* and *Barbara M. Schellenberg*, in opposition.

Decided April 13, 2011